IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEE ROY HERNANDEZ** | § | |
| | § | |
| VS. | § | **CIVIL NO. 3:21-CV-0108-D** |
| | § | |
| **GROENDYKE TRANSPORT, INC.** | § | |

ORDER

BE IT REMEMBERED that on this day, a regular day in the term of this Court, came on to be heard before this Honorable Court the Defendant's Motion to Compel Responses to Notice of Intention to Take Deposition by Written Questions, and the Court, being of the opinion that such motion is valid, it is hereby ORDERED that the Rajiv R. Sinha, M.D, answer Defendant's Written Questions by no later than _____.

It is further ORDERED that Defendant has of and recover from Rajiv R. Sinha, M.D the sum of Five Hundred and No/100 Dollars ($500.00) as attorney's fees pursuant to Rule 215 of the Texas Rules of Civil Procedure.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE