# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LEE ROY HERNANDEZ | § |
| | § |
| VS. | §   CIVIL NO. 3:21-CV-0108-D |
| | § |
| GROENDYKE TRANSPORT, INC. | § |

## ORDER GRANTING AGREED MOTION TO DISMISS

ON THIS DAY CAME ON TO BE CONSIDERED the Agreed Motion to Dismiss of Lee Roy Hernandez, Plaintiff, and Groendyke Transport, Inc., Defendant, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice as to Defendant, Groendyke Transport, Inc.. The Court is of the opinion and finds that all matters in dispute between these parties, the Plaintiff, Lee Roy Hernandez, and Defendant, Groendyke Transport, Inc., have been fully and finally compromised and settled.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above-entitled and numbered cause be and same is dismissed as to the Defendant, Groendyke Transport, Inc., with prejudice to the rights of the parties to re-file same or any part thereof. Each of these parties will bear their own costs of Court.

**SIGNED** June 12, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

**APPROVED AS TO FORM:**

| | |
|---|---|
| */s/* (with permission) | June 12, 2023 |
| **DANIEL TORRES** | DATE |

State Bar No. 24046985
Law Office of Javier Villarreal, PLLC
2401 Wild Flower Drive. Ste. A
Brownsville, TX 78526
Telephone: (956) 300-0000
Facsimile: (956) 550-0877

**ATTORNEY FOR PLAINTIFF
LEE ROY HERNANDEZ**

**APPROVED AS TO FORM:**

| | |
|---|---|
| */s/ Michael Shane O'Dell* | June 12, 2023 |
| **MICHAEL SHANE O'DELL** | DATE |

State Bar No. 24065835
Naman Howell Smith & Lee, PLLC
1300 Summit Ave., Ste. 700
Fort Worth, TX   76102
Telephone: (817) 509-2025
Facsimile: (817) 509-2060

**ATTORNEY FOR DEFENDANT
GROENDYKE TRANSPORT, INC.**